UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL &
CHIROPRACTIC CLINIC, INC.,

    Plaintiff,

v.                                    CASE NO. 8:16-cv-644-T-23JSS

KMH CARDIOLOGY
CENTRES INCORPORATED, et al.,

    Defendants.
_____/

### ORDER

The motions (Docs. 60, 79) for class certification and for preliminary approval of the class-action settlement are **REFERRED** to Magistrate Judge Sneed for a report and recommendation.

ORDERED in Tampa, Florida, on May 2, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE